NEM:RMU

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | COMPLAINT |
| - against - | 25-MJ-154 |
| THOMAS WESTON, | (18 U.S.C. § 922(g)(1)) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

Michael McCarthy, being duly sworn, deposes and states that he is a Detective with the New York City Police Department, duly appointed according to law and acting as such.

On or about January 16, 2025, within the Eastern District of New York and elsewhere, the defendant THOMAS WESTON, knowing that he had previously been convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting interstate or foreign commerce a firearm, to wit, one black KEL-TEC P11 9mm loaded semiautomatic pistol, serial number AA8068.

(Title 18, United States Code, Section 922(g)(1))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Detective with the New York City Police Department ("NYPD") and a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

("ATF"). I have been a member of the NYPD for approximately 18 years and a Task Force Officer for over eight years. I have been involved in the investigation of numerous cases involving the recovery of firearms and ammunition. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation. Where I describe the statements of others, I am doing so only in sum and substance and in part.

2. The Defendant THOMAS WESTON was sentenced on December 7, 2022 by the Honorable Edward R. Korman to 46 months' imprisonment and two years of supervised release after pleading guilty to being a felon in possession, in violation of 18 U.S.C. § 922(g)(1).

3. While on supervised release, the defendant THOMAS WESTON, was charged with violations of supervised release on October 28, 2024. As such, the Honorable Edward R. Korman issued a warrant for WESTON's arrest on the same day for him to be brought to Court on the charges put forth in the Violation of Supervised Release ("VOSR") Report.

4. On or about January 15, 2025, the defendant THOMAS WESTON, was arrested by the United States Marshals Service ("USMS") at his residence in Brooklyn, New York (the "Premises"), based on charges in the October 28, 2024 VOSR Report. An NYPD detective accompanied USMS to WESTON's residence.

5. During WESTON's arrest on or about January 15, 2025, a member of law enforcement saw a wig in WESTON's apartment, which resembled a wig that was used during a recent homicide. Thereafter, the NYPD sought a warrant for the Premises. The Honorable

Deepa Ambekar, Judge of the New York City Criminal Court Kings County, authorized a warrant to search the Premises.

6.	While searching the Premises pursuant to the judicially-authorized warrant, NYPD officers discovered, among other things, one black KEL-TEC P11 9mm loaded semiautomatic pistol and ammunition, serial number AA8068, as depicted below. The loaded semiautomatic pistol and ammunition were found inside a black bag within the Premises.



7.	I have reviewed the defendant THOMAS WESTON's criminal history, which revealed, among other things, that in addition to the conviction discussed in paragraph 2, in 2006 WESTON was sentenced to two years' imprisonment after being convicted of Criminal Possession of Loaded Firearm and in 2013 was sentenced to five years' imprisonment after being convicted of Attempted Robbery in the Second Degree and Attempted Criminal Possession of a Weapon.

8.	I have conferred with an interstate nexus expert, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, who has informed me, in substance and

4

in part, that the firearm recovered from the Premises was manufactured outside the state of New York.

WHEREFORE, your deponent respectfully requests that the defendant THOMAS WESTON be dealt with according to law.

        /s/ Michael McCarthy
Michael McCarthy
Detective
New York City Police Department

Sworn to before me on this
28th day of April, 2025

_____ ███████████ _____
THE HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK